UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) FREEDMAN SEATING COMPANY, ) ) Defendant. ) | Case No. 1:24-cv-8968 Hon. Jeffrey I. Cummings |

## STIPULATION TO DISMISS

Plaintiff Navigators Specialty Insurance Company and Defendant Freedman Seating Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based upon Freedman Seating Company's withdrawal without prejudice of its claim for insurance coverage with respect to the lawsuit styled as *Anthony Benson and Ulysses Ballard v. Freedman Seating Company*, Case No. 2024 L 4606 (Circuit Court of Cook County, Illinois), hereby stipulate to the voluntary dismissal of this action without prejudice and with each party to bear its own costs and attorneys' fees.

NAVIGATORS SPECIALTY
INSURANCE COMPANY

By: /s/ *Michael J. Duffy*
One of its Attorneys

Michael J. Duffy
Michael.Duffy@wilsonelser.com
Wilson Elser Moskowitz Edelman &
Dicker LLP
55 W Monroe St. Suite 3800
Chicago, IL 60603
(312) 821 - 6123

FREEDMAN SEATING COMPANY

By: /s/ *Jason M. Rosenthal*
One of its Attorneys

Jason M. Rosenthal
JRosenthal@muchlaw.com
Much Shelist, P.C.
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606
(312) 521 - 2400

**CERTIFICATE OF SERVICE**

I certify that on February 5th, 2025, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.

                                                                                       /s/ Caressa Gibson