# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Navigators Specialty Insurance Company

                                          Plaintiff,

v.                                                                          Case No.: 1:24–cv–08968

                                                                         Honorable Jeffrey I Cummings

Freedman Seating Company

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties have filed a joint stipulation of dismissal [15], which is self−effectuating under Rule 41(a)(1)(A)(ii). All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.